# STATE OF MICHIGAN

# COURT OF APPEALS

BRIAN BECK, GUY HANSON, KAREN
HANSON, RAYMOND FAVICHIA,
MARGARET FAVICHIA, JUDITH
SCHLEBECKER, JOHN SCHLEBECKER, and
BERNADETT STEINER,

       Plaintiffs,

and

AUDREY MAHONEY, DAVID OPPENHEIM,
FELICE OPPENHEIM, and PATTY BROWN,

       Plaintiffs-Appellants/Cross-
       Appellees,

v

PARK WEST GALLERIES, INC., ALBERT
SCAGLIONE, MORRIS SHAPIRO, ALBERT
MOLINA, and PLYMOUTH AUCTIONEERING
SERVICES, LTD.,

       Defendants-Appellees/Cross-
       Appellants.

UNPUBLISHED
March 3, 2015

No. 319463
Oakland Circuit Court
LC No. 2011-122042-CZ

Before: MURRAY, P.J., and HOEKSTRA and WILDER, JJ.

HOEKSTRA, J., *(concurring in part, dissenting in part.)*

     I agree and join with the majority in concluding that invoices containing arbitration clauses are subject to arbitration. However, for the reasons stated by the majority in *Cohen v Park West Galleries*, unpublished opinion per curiam of the Court of Appeals issued April 5, 2012 (Docket No. 302746), I respectfully disagree that invoices that do not contain arbitration clauses are also subject to arbitration.

                                       /s/ Joel P. Hoekstra